IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

J.L.F.,

    Plaintiff,

v.         Case No: 2:20-cv-02460-MSN-cgc

CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

    Defendant.

_____

**AGREED ORDER GRANTING PLAINTIFF'S MOTION TO
FILE UNDER SEAL AND TO PROCEED UNDER PSEUDONYM**
_____

    This matter is before the Court upon Plaintiff J.L.F.'s ("Plaintiff" or "J.L.F.") Motion for Leave to File Under Seal and to Proceed Under Pseudonym (ECF No. 2) pursuant to Rule 5.2(d)-(e) of the Federal Rules of Civil Procedure. The Parties agree to the relief sought in the motion, specifically, to identify Plaintiff under the pseudonym, "J.L.F." and to make all filings under seal due to the sensitive nature of the subject matter of this action.

    This Court hereby finds that the Motion is well taken and should be granted.

    **IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff J.L.F.'s Motion to File Under Seal and to Proceed Under Pseudonym is hereby GRANTED. The Parties shall refer to Plaintiff in all filings under the pseudonym, J.L.F., and the Parties shall file all documents and filings in this matter under seal.

    **IT IS SO ORDERED**, this 4th day of December 2020.

    *s/ Mark S. Norris*
    MARK S. NORRIS
    UNITED STATES DISTRICT JUDGE